**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>**United States of America**</u>

    **v.**                                    Case No. 11-cr-08-PB

<u>**Basil Proctor**</u>


<u>**O R D E R**</u>

The defendant has moved through counsel to continue the October 4, 2011 trial in the above case for a period of 60 days, citing the September 21, 2011 Superseding Indictment and the need for additional time to review new information contained therein and to prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 4, 2011 to December 6, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on November 22, 2011 at 3:30 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 27, 2011

cc: David Ruoff, Esq.
    Debra M. Walsh, Esq.
    United States Marshal
    United States Probation