**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                  Case No. 11-cr-08—01-PB

**Basil O. Proctor**

### O R D E R

Defendant has moved through counsel to continue the trial scheduled for December 6, 2011, citing newly appointed counsel and the need for additional time to review discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from December 6, 2011 to March 6, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on February 28, 2012 at 3:30 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 29, 2011

cc: R. Brian Snow, Esq.
    Deborah Walsh, Esq.
    United States Probation
    United States Marshal