UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                Criminal No. 11-cr-8-01-PB

Basil Proctor

NOTICE OF RULING / ORDER

    Re: Pending Motions

    Ruling: The court will issue a separate order for a competency evaluation. The court will grant the defendant's request to represent himself for the reasons set forth in the record during the April 16 hearing unless the competency evaluation provides the court with a basis to question its preliminary determination that the defendant is competent. The court will grant the defendant's request for standby counsel if it determines that the defendant is competent. The defendant shall be permitted to file his pro se motion to suppress if the court determines that he is competent. All pending motions except the defendant's motion to suppress are denied without prejudice. No additional motions shall be filed until the court determines whether the defendant is competent.

Date:   April 17, 2012

                                                 /s/ Paul Barbadoro
                                               United States District Judge

cc:   Counsel of Record