```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 11-cr-008-PB

**Basil O. Proctor**


**O R D E R**

The court finds reasonable cause to believe that the defendant may presently be suffering from a mental disease that could affect his competency to plead guilty or stand trial.  Accordingly, pursuant to 18 U.S.C. §§ 4241, 4247, and with the consent of the parties, the court authorizes Dr. Albert Drukteinis to conduct an examination to determine the defendant's competency to stand trial. Following such examination, Dr. Drukteinis shall prepare a report to be filed under seal addressing the defendant's competency.  This report shall also take into account any medications the defendant is currently taking.

    SO ORDERED.

```
                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge
```
April 17, 2012

cc: R. Brian Snow, Esq.
    Debra Walsh, AUSA
    United States Probation
    United Sates Marshal