```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                         Case No. 11-cr-08-PB

**Basil O. Proctor**


### O R D E R

The defendant, proceeding pro se with standby counsel appointed to assist him at trial, has moved to continue the October 2, 2012 trial to allow sufficient time to review documents and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason, the court will continue the trial from October 2, 2012 to December 4, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reason, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 25, 2012 final pretrial conference is continued to November 19, 2012 at 2:00 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 20, 2012

cc: Basil O. Proctor, pro se
    Michael J. Iacopino, Esq.
    Debra M. Walsh, AUSA
    United States Marshal
    United States Probation