**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**  Case No. 11-cr-08-PB

**Basil Proctor**

**O R D E R**

The defendant has moved through counsel to continue the hearing on the motion to suppress and the December 4, 2012 trial date, citing newly appointed counsel and the need for additional time to review discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from December 4, 2012 to January 8, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The clerk shall set a hearing on the motion to suppress during the week of December 17, 2012, and the final pretrial conference be held at the conclusion of the hearing.  No further continuances will be granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 26, 2012

cc: Michael Iacopino, Esq.
    Deborah Walsh, AUSA
    United States Marshal
    United States Probation